UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-62100-ROSENBAUM

SECURITES AND EXCHANGE COMMISSION,   )
                                      )
           Plaintiff,                 )
                                      )
v.                                    )
                                      )
ADVANCED EQUITY PARTNERS, LLC,        )
PREMIERE CONSULTING, LLC,             )
PETER D. KIRSCHNER, and               )
STUART M. RUBENS,                     )
                                      )
           Defendants.                )
_____)

**PLAINTIFF'S NOTICE OF FILING CONSENTS OF DEFENDANTS ADVANCED EQUITY PARTNERS, LLC, PREMIERE CONSULTING, LLC, PETER D. KIRSCHNER, AND STUART M. RUBENS AND MOTION FOR ENTRY OF JUDGMENTS OF PERMANENT INJUNCTION AND OTHER RELIEF**

Plaintiff Securities and Exchange Commission files the attached Consents of Defendants Advanced Equity Partners, LLC, Premiere Consulting, LLC, Peter D. Kirschner, and Stuart M. Rubens to entry of Judgments of Permanent Injunction and Other Relief. The Commission respectfully requests entry of the proposed Judgments filed with this notice, which would resolve all issues of liability in this matter, but leave open for resolution the Commission's claims for disgorgement, prejudgment interest, and civil penalties.

Respectfully submitted,

September 26, 2013        By:   s/Kevin B. Hart
                                Kevin B. Hart
                                Staff Attorney
                                S.D. Fla. Bar No. A5501875
                                hartk@sec.gov
                                Direct Dial: (305) 982-6321
                                Facsimile: (305) 536-4152

                    Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone:  (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 26, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    s/Kevin B. Hart
                    Kevin B. Hart, Esq.

## SERVICE LIST

SEC v. Advanced Equity Partners, LLC, et al.

Allan M. Lerner, Esq.          (Courtesy copy by overnight mail)
Allan M. Lerner, PA
2888 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306
Telephone: (954) 563-8111
Facsimile:  (954) 563-8522
Email: amlrwp@aol.com
*Attorney for Advanced Equity Partners, LLC,*
    *Premiere Consulting, LLC, Peter D. Kirschner,*
    *and Stuart M. Rubens*
(Not yet made an appearance)